

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00082-CR

## IN RE BONNIE RUTH ALLEN STRAIGHT

### Original Proceeding

**From the 18th District Court
Johnson County, Texas
Trial Court No. F50926**

## MEMORANDUM OPINION

Relator Bonnie Ruth Allen Straight's "Petition for Writ of Mandamus," filed on

March 21, 2024, is denied.


                                         MATT JOHNSON
                                         Chief Justice

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Davis[1]
Petition denied

---

[1] The Honorable Rex Davis, Senior Justice (Retired) of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.

Opinion delivered and filed January 16, 2025
Do not publish
[OT06]

